UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
|    LOUISA R. CLARKE | ) | CASE NO: 05-30825 |
|         Debtor | ) | |
| | ) | |
| LOUISA R. MILES | ) | |
| f/k/a LOUISA R. CLARKE | ) | |
| | ) | |
|         Plaintiff | ) | |
| v. | ) | A.P. No: 05-3190 |
| | ) | |
| ZEBEDEE THOMAS CLARKE | ) | |
| | ) | |
|         Defendant | ) | |

## ZEBEDEE THOMAS CLARKE'S WITNESSES AND EXHIBITS
*********

WITNESSES:

(1) Zebedee Thomas Clarke (defendant)

(2) Angela D. Clarke (wife to Zebedee Clarke)

(3) Any witnesses necessary for rebuttal

(4) All Witnesses listed by the Plaintiff

LIST OF EXHIBITS:

(DX1) Any exhibits presently in the Court's file as the attachments to other pleadings

(DX2) 2003, 2004, and 2005 tax returns

(DX3) Any exhibits listed by Louisa R. Miller (plaintiff)

(DX4) Any exhibits needed for rebuttal

/s/ Carol B. Meinhart  
CAROL B. MEINHART  
Attorney for the Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of August, 2006, a true and correct copy of the foregoing was mailed or sent by electronic filing to:

Hon. John M. Nader  
Attorney for Plaintiff  
Office and Post Office Address  
510 W. Main Street, Suite 805  
Louisville, KY 40202

/s/ Carol B. Meinhart  
CAROL B. MEINHART  
MUSSEWLHITE, MEINHART & STAPLES  
385 West Lincoln Trail Blvd.  
Radcliff, KY 40160  
270-351-6032