# UNITED STATES BANKRUPTCY COURT
# FOR THE
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | <u>IN CHAPTER 7 PROCEEDINGS</u> |
| LOUISA R. CLARKE ) | CASE NO. 05-30825 |
| ) | Judge: Hon. Thomas A. Fulton |
| DEBTOR. ) | |
| ) | |
| LOUISA R. MILES ) | |
| F/K/A  LOUISA  R. CLARKE, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| VS. ) | AP No. 05-3190 |
| ) | |
| ZEBEDEE THOMAS CLARKE, ) | |
| DEFENDANT.) | |

## PLAINTIFF'S PRE-TRIAL COMPLIANCE

Louisa R. Miles (formerly known as Louisa R. Clarke and referred to hereinafter as "Plaintiff" or "Miles"), by counsel and for her Pre-Trial Compliance in the case against the Defendant Zebedee Thomas Clarke ("Clarke"), states as follows.

## I.
## STATEMENT OF THE CASE

Miles filed her Verified Complaint in the Adversary Proceeding on November 16, 2005 seeking a finding of Contempt for violation of 11 USC 524 and recovery of damages. An Answer (essentially a general denial) was filed on December 19, 2005. The parties have engaged in discovery, including depositions of both parties having been taken on February 16, 2006. The Plaintiff filed a Motion for Summary Judgment, which the Court denied. Trial is set for September 6, 2006.

## II
## PLAINTIFF'S WITNESSES

Plaintiff will call the following persons:

Louisa R. Miles
Johnnie E. Miles
125 Whisbrook Avenue
Vine Grove, Kentucky 40175

Jimmy R. Gross
1213 Evelyn Drive
Radcliff, KY 40160

Sandra F. Keene, Esq.
Tilford, Dobbins, Alexander, Buckaway & Black
1400 One Riverfront Plaza
Louisville, KY 40202

Rebuttal witnesses

## III
## LIST OF EXHIBITS

Plaintiff will introduce at trial all of the exhibits she has already submitted with her Complaint, at her Deposition, and with her Motion for Summary Judgment. These include the following, all of which we believe have previously been provided to the Defendant and/or his counsel or are part of a court record:

PX1. Amendment to Debtor's Schedules in underlying Chap. 7 adding Defendant as a Creditor in the underlying Chap. 7 case.

PX2. Trustee's Objection to Claim filed by Defendant in the underlying Chap. 7 case.

PX3. Order disallowing Defendant's Claim in underlying Chap. 7 case.

PX4. Discharge of Plaintiff in underlying Chap. 7 case.

PX5. Notice-Motion filed in Hardin Circuit Court by counsel for Defendant, served 10/24/05 with proposed Order (Exh. 1 to Complaint).

PX6. Letter of 4/7/05 to Defendant from J. Michael Mabry (Exh. 2 to Complaint).

PX7. Statements given by Plaintiff and her husband to County Attorney (Exh. 3 to Complaint).

PX8. Letter of 4/13/05 from Assistant County Attorney to Defendant (Exh. 4 to Complaint).

PX9. Certifications of Health Care Provider re Plaintiff of 3/17/04 and 9/22/04 (Exh. 5 to Complaint).

PX10. Bills for legal services from Sandra F. Keene, Tilford, Dobbins, Alexander, Buckaway, and Black (Exh. 1 to Deposition of Plaintiff in this case on February 16, 2006).

PX11. Consolidated Exh. 1 to Deposition of Defendant in this case on February 16, 2006, consisting of Three Notice-Motions, Affidavit of Plaintiff, two Proposed Orders, Agreed Order to substitute counsel, and two Orders of Court all of which were filed in Hardin Circuit Court.

PX12. Property Settlement and Child Custody Agreement in Hardin Circuit Court – <u>Louisa R. Clarke vs. Zebedee T. Clarke</u>.

PX13. Findings of Fact, etc. in Hardin Circuit Court – <u>Louisa R. Clarke vs. Zebedee T. Clarke</u>.

Respectfully submitted,

/s/ John M. Nader
John M. Nader
510 West Main St., Ste. 805
Louisville, KY 40202
Voice: (502)583-4441
Facsimile: (502)583-3392
Email: jnader@bluegrass.net
Attorney for Plaintiff

## *CERTIFICATE OF SERVICE*

I hereby certify that I have on this 1st day September, 2006, mailed a true copy of the foregoing pleading, together with all attachments (if any), via U.S. Mail, First Class and postage prepaid, to the persons listed below in the Service List **OR** where an electronic mail address is shown, then via electronic mail.

/s/John M. Nader
John M. Nader

**SERVICE LIST**

Hon. Carol B. Meinhart, Esq.
Musselwhite, Meinhart & Staples
385 W. Lincoln Trail Blvd.
Radcliff, KY  40160
mussel@bbtel.com