UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY

In re:

    LOUISA R. MILES          Case No. 05-30825

                Debtor          CHAPTER 7

---

LOUISA R. MILES          Ad. Proc. No. 05-03190
    F/K/A LOUISA R. CLARKE

                Plaintiff

vs.

ZEBEDEE THOMAS CLARKE

                Defendant

## ORDER

THIS MATTER comes before the Court on motion of the complainant, Louisa R. Miles ("Plaintiff"), for an award of attorney fees from Zebedee Clarke ("Defendant") for legal services rendered by counsel for Plaintiff in the underlying core proceeding.[1] For the reasons set forth in the accompanying Memorandum Opinion, Plaintiff's motion is hereby DENIED.

---

[1] *See* 28 U.S.C. § 157(b)(1)-(2).